UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 2:95-mj-00156 |
| | : |
| LEOBARDO HERRERA | : |
| a/k/a "Leobardo Herrera Ayala", | : |

## MOTION TO DISMISS COMPLAINT

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby requests that the Court dismiss the Criminal Complaint which is pending against the defendant without prejudice.

WHEREFORE, the United States respectfully requests that this Court grant the dismissal without prejudice of the Criminal Complaint against Leobardo Herrera in Case Number 2:95-mj-00156.

            Respectfully submitted,

            PAUL I. PEREZ
            United States Attorney

    By: s/ Douglas Molloy
       DOUGLAS MOLLOY
       Assistant United States Attorney
       Florida Bar No. 0316717
       2110 First Street, Suite 3-137
       Fort Myers, Florida   33901
       Phone:  (239) 461-2200
       Fax:  (239) 461-2219
       Email: douglas.molloy@usdoj.gov

**U.S. v. Herrera**                                                        **Case No. 2:95-mj-00156**

CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                      *s/ Douglas Molloy*
                                                      DOUGLAS MOLLOY
                                                      Assistant United States Attorney